JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>**The Evarone Family Limited Partnership**, a California Limited Partnership, <br><br>　　　　Defendant. | Case 2:21-cv-07888-JFW-JCx <br><br> **Judgment** <br>(re: Default Judgment) |

　　　Upon review of the court files, the application for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that plaintiff Chris Langer shall have JUDGMENT in his favor and against defendant The Evarone Family Limited Partnership in the total amount of $9,727.00, which amount includes attorney's fees and costs.

　　　Additionally, defendant The Evarone Family Limited Partnership is ordered to provide an accessible website i.e., identify and describe accessible features in the hotels and guest rooms offered through its reservations service in enough detail to reasonably permit individuals with disabilities to assess independently whether a given hotel or guest room meets his or her accessibility needs, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: September 23, 202222　　　By: _/s/ John F. Walter_____
　　　　　　　　　　　　　　　　　　　United States District Judge